UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 09-1124-GW (SP) | Date | November 30, 2011 |
|---|---|---|---|
| Title | THOMAS MACKEY v. COUNTY OF SAN BERNARDINO, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

Under paragraph nine of the court's June 23, 2011 Case Management and Scheduling Order, each party, either individually or jointly, was required to file a status report no later than November 23, 2011. A week has passed beyond the deadline, and neither party has filed such a status report, nor made any other communication with the court. Both sides are therefore in violation of the court's order. As such, both parties are ordered to submit the ordered status report and to show cause why sanctions should not be imposed for failure to comply with the court order by ***December 14, 2011***.

As provided in the court's June 23, 2011 case management order, the individual status reports or joint status report – which must now be filed by December 14, 2011 – must comply with the following guidelines:

The status report shall contain the following information: (a) a summary of the proceedings to date and a statement of the principal issue(s) raised by the case; (b) a statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed; (c) a statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken; (d) a description of any discovery completed, and a schedule for any future discovery; (e) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (f) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (g) a description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case; and (h) any suggestions the parties may wish to make regarding the management of this action.