O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS MACKEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 09-1124-GW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

1    IT IS THEREFORE ORDERED that: (1) the defendants' Motion for
Summary Judgment is granted in favor of defendants Brickley, Palomino, Dougan, Girard, McCoy, Walker, Alban, and Doe, and these defendants and the claims involving kicking, rough handling, exposure to asphalt, and a cover-up are dismissed; and (2) defendants' Motion for Summary Judgment on the claims of excessive force by defendants Wolfe and Padilla for shooting plaintiff is denied.

DATED:  November 9, 2012                    _____
                                             HONORABLE  GEORGE H. WU
                                             UNITED STATES DISTRICT JUDGE