Case 5:09-cv-01124-GW-SP   Document 107   Filed 01/13/14   Page 1 of 4   Page ID #:913

JAMES H. THEBEAU, CA Bar No. 128845
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, CA  92415-0140
Telephone:  (909) 387-4402
Facsimile:   (909) 387-4069
*jthebeau@cc.sbcounty.gov*

Attorneys for Defendants, DEPUTY DOUG WOLFE, DEPUTY GABRIEL PADILLA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MACKEY,<br><br>    Plaintiff<br><br>v.<br><br>DOUG WOLFE, GABRIEL PADILLA,<br><br>    Defendants | EDCV 09-01124 GW (SP)<br><br>**PROTECTIVE ORDER RE CONTROL AND USE OF CONFIDENTIAL PEACE OFFICER RECORDS**<br><br>**[NOTE CHANGES MADE BY COURT]**<br><br>Honorable Magistrate Judge Sheri Pym |

IT IS HEREBY STIPULATED by and between counsel of record for the parties that this Court issue a Protective Order regarding various information and discovery materials in the above-captioned case.

This case involves plaintiff Thomas Mackey ("Mackey")'s claim of excessive force against defendant deputies Gabriel Padilla and Doug Wolfe (together, "Defendants"). Mackey's action arises from his arrest in San Bernardino County by officers of the San Bernardino County Sheriff's Department pursuant to a murder warrant issued out of Kansas City,

#2BH3995

1

PROTECTIVE ORDER RE: CONTROL AND USE OF
CONFIDENTIAL PEACE OFFICER RECORDS

Kansas.

Mackey has sought, by way of written discovery, certain confidential information and records, which by Court Order of December 19, 2013, are to be produced under a protective order. To prevent disclosure of confidential information and records, the parties propose the following protective order.

1. Documents and information ordered disclosed by Magistrate Judge Sheri Pym on December 19, 2013, pursuant to this protective order, including discovery responses, may be designated by page numbers 1 to _____. Each document page shall be marked as follows: "Confidential Material."

2. Other than the Court (including court reporters, stenographic reporters and videographers, and court personnel), the "Confidential Material" (hereafter "Material") may be disclosed to counsel in this action and their staff, who will be made aware of this protective order. The material may not be disclosed to Mackey or to any other person without the prior written stipulation of Defendants or authorization from the Court.

3. The material shall be used solely in connection with this litigation in the preparation and trial of this case, and not for any other litigation. To the extent material that is a subject matter of this protective order is disclosed at any deposition in this matter, it is subject to the terms of this protective order. To the extent Mackey's counsel seeks to use the material at trial or public hearing in this action, it shall be filed under seal, unless Defendants' counsel agrees otherwise.

4. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all material governed by the provisions of this order (including any copies) shall all be returned to counsel for

1 Defendants.

2     5. The foregoing is without prejudice to the right of any parties:

3     a) to apply to the Court for a further protective order
4 relating to any confidential material, or relating to discovery in this
5 litigation;

6     b) to apply to the Court for an order removing the
7 "Confidential Material" designation from the document;

8     c) to apply to the Court for an order compelling production
9 of documents or modification of this order or for any order permitting
10 disclosure of confidential material beyond the terms of this order.

12 Dated: January 9, 2014     JEAN-RENE BASLE
    County Counsel

14     ___s/James H. Thebeau_____
15     JAMES H. THEBEAU
    Deputy County Counsel
16     Attorneys for Defendants

18 Dated: January 9, 2014     ___s/Kelly M. Raney_____
19     KELLY M. RANEY
20     Attorney for Plaintiff

21             **O R D E R**

22 This Protective Order is granted as proposed by the parties, except for
23 the following modification, and the materials designated herein shall be
24 subject to all its terms and conditions. The last sentence of numbered
25 paragraph 3 as proposed by the parties is deleted and replaced with the
26 following sentences: To the extent Mackey's counsel seeks to use the
27 Material at a public hearing or in connection with a motion filed in this

28

#2BH3995     3

action, counsel shall apply to file it under seal in accordance with Local Rule 79-5.1, unless Defendants' counsel agrees otherwise. Procedures for the use of the Material at trial must be taken up with the trial judge.

DATED: January 13, 2014  _____
UNITED STATES MAGISTRATE JUDGE
SHERI PYM