JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS MACKEY, | ) | EDCV 09-01124-GW(SP) |
| Plaintiff[s] | ) | **JUDGMENT** |
| v. | ) | |
| MORRIS BRICKLEY, PALOMINO, DOUG WOLFE, GABRIEL PADILLA, DON DOUGAN, ALAN GIRARD, ROBERT McCOY, JOHN WALKER, CAESAR ALBAN, | ) | Honorable District Court Judge George H. Wu |
| Defendant[s] | ) | |

WHEREAS, on April 15, 2010, the Court ordered defendants County of San Bernardino and Gary Penrod dismissed from the action without prejudice;

WHEREAS, on November 9, 2012, the Court granted summary judgment on the entire complaint to defendants Morris Brickley, Palomino, Don Dougan, Alan Girard, Robert McCoy, John Walker and Ceasar Alban, and denied summary judgment to defendants Doug Wolfe and Gabriel Padilla as to their use of force;

WHEREAS, the action by plaintiff Thomas Mackey against

defendants Doug Wolfe and Gabriel Padilla for use of excessive force came on regularly for trial on July 21, 2015, in Courtroom 10 of the above-entitled court, the Honorable George H. Wu, Judge presiding;

WHEREAS, a jury of 8 persons, regularly impaneled and sworn to try the action, on July 27, 2015, rendered their unanimous verdict on a special verdict in favor of defendants Wolfe and Padilla on the only remaining claim;

NOW, THEREFORE, IT IS ADJUDGED, ORDERED and DECREED that judgment be entered in favor of defendants County of San Bernardino, Gary Penrod, Morris Brickley, Palomino, Don Dougan, Alan Girard, Robert McCoy, John Walker, Ceasar Alban Gabriel Padilla and Doug Wolfe, and that they be awarded any statutorily recoverable and reasonably incurred costs.

DATED: August 4, 2015  _____
GEORGE H. WU,
UNITED STATES DISTRICT JUDGE